GALIA Z. AMRAM (SBN 250551)
gamram@mofo.com
RAMSEY W. FISHER (SBN 334228)
rfisher@mofo.com
HANNAH JIAM (SBN 312598)
hjiam@mofo.com
ANNIE A. LEE (SBN 328802)
annielee@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

Attorneys for Plaintiff
ALLISON BARTON RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON BARTON RICE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-04250-LB<br><br>**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Honorable Laurel Beeler |

Pursuant to Local Rule 11-5, Plaintiff Allison Barton Rice respectfully requests that this Court grant leave to withdraw the appearances of Morrison & Foerster LLP and its attorneys in this matter. Plaintiff has terminated his attorney-client relationship with the attorneys of Morrison & Foerster LLP—including Galia Z. Amram, Ramsey W. Fisher, Hannah Jiam, and Annie A. Lee—and requested counsel file a motion to withdraw immediately. Rice Decl. ¶¶ 1-2. Plaintiff agrees to appear pro se unless and until additional counsel is retained, and agrees not to have papers served on Morrison & Foerster LLP for forwarding purposes. *Id.* ¶ 3.

WHEREFORE, Plaintiff respectfully requests that the Court withdraw Morrison & Foerster LLP and his attorneys in this action.

Dated:       June 28, 2023                MORRISON & FOERSTER LLP

By:   */s/ Annie A Lee*
      ANNIE A. LEE

Attorneys for Plaintiff
ALLISON BARTON RICE

It is SO ORDERED.

Dated: June 29, 2023

By: _____
    Honorable Laurel Beeler
    United States Magistrate Judge

UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL FOR PLAINTIFF
Case No. 3:19-cv-04250-LB

1