Mr. Allison Barton Rice
13809 Research Blvd, Suite 500 PMB 90978
Austin, TX  78750
PH: (415) 579-8208
allisonbartonrice@mac.com

Plaintiff, in propria persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLISON BARTON RICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, MAYOR OF THE CITY OF SAN FRANCISCO; KATE HARTLEY, DIRECTOR OF THE SAN FRANCISCO MAYOR'S OFFICE OF HOUSING AND COMMUNITY DEVELOPMENT; MARIA BENJAMIN, DIRECTOR OF HOMEOWNERSHIP & BELOW MARKET RATE PROGRAMS SAN FRANCISCO MAYOR'S OFFICE OF HOUSING AND COMMUNITY DEVELOPMENT; CISSY YIN, HOMEOWNERSHIP & BELOW MARKET RATE PROGRAMS COMPLIANCE MANAGER SAN FRANCISCO MAYOR'S OFFICE OF HOUSING AND COMMUNITY DEVELOPMENT; DENNIS HERRERA, SAN FRANCISCO CITY ATTORNEY; KEITH NAGAYAMA, SAN FRANCISCO CITY DEPUTY ATTORNEY and DOES 1 through 50,<br><br>Defendants. | CASE NO. 19-cv-04250 LB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING APPEAL DECISION BY THE COURT OF APPEALS FOR THE NINTH CIRCUIT; [PROPOSED] ORDER**<br><br>Hearing Date:  N/A<br>Time:  N/A<br>Place:  450 Golden Gate Ave.<br>　　　　Courtroom B, 15th Fl<br>　　　　San Francisco, CA 94102<br><br>Trial Date:  N/A |

Page1

ALLISON BARTON RICE v. THE CITY AND COUNTY OF SAN FRANCISCO, et al.
Case No. 19-cv-04250 LB - Motion to Stay Proceedings

1    1. Plaintiff Rice filed his 'Notice of Appeal from a Judgement or Order of a United States District Court' to the United States Court of Appeals for the Ninth Circuit on July 18, 2023. (ECF No. 235).

2.  Acknowledgement of Rice's 'Notice of Appeal' in the Clerk's office of the United States Court of Appeals for the Ninth Circuit and a 'Time Schedule Order' were filed on July 19, 2023 (9th Cir. Case No. 23-16013). (ECF No. 237)

3.  Generally, any further proceedings in *Rice v. CCSF, et al* (Case No. 19-cv-04250-LB) in this Court prior to the future appeal decision by the 9th Cir. would be premature or otherwise untimely.

4.  Their is no evidence that staying the proceedings in *Rice v. CCSF, et al* in this Court until the 9th Cir. has made its appeal decision would cause any hardship to Defendant CCSF, this Court, or anyone else.

5.  Therefore, Plaintiff Rice respectfully request this Court stay the proceedings in *Rice v. CCSF, et al* (Case No. 19-cv-04250-LB), including the filing of Plaintiff Rice's "objection" to Defendant CCSF's "Bill of Costs", until the 9th Cir. has made its appeal decision in *Rice v. CCSF, et al* (9th Cir. Case No. 23-16013).

Dated: August 15, 2023        Respectfully Submitted,

By: */s/ Allison Barton Rice*

Allison Barton Rice, Plaintiff pro per

Page 2

ALLISON BARTON RICE v. THE CITY AND COUNTY OF SAN FRANCISCO, et al.
Case No. 19-cv-04250 LB - Motion to Stay Proceedings

**[PROPOSED] ORDER**

Based on the above and for good cause appearing, the Court ORDERS as follows: Proceedings in *Rice v. CCSF, et al* (Case No. 19-cv-04250-LB), including the filing of Plaintiff Rice's "objection" to Defendant CCSF's "Bill of Costs", in this Court shall be stayed pending the 9th Cir. appeal decision in the case of *Rice v. CCSF, et al* (9th Cir. Case No. 23-16013).

DATED:_____           _____
                                      HONORABLE LAUREL BEELER
                                      United States Magistrate Judge

ALLISON BARTON RICE v. THE CITY AND COUNTY OF SAN FRANCISCO, et al.
Case No. 19-cv-04250 LB - Motion to Stay Proceedings